In the Matter of:

**EVINRUDES TORRES VEGA**
**BLANCA ROSA NEGRON BURGOS**
Debtor(s)

Case No. **09-09738 SEK**

Chapter 13

## AMENDMENT OF SCHEDULE B

**TO THE HONORABLE COURT**:

    The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1.    Debtors are amending Schedule B to disclose the status and rights over a real estate property that co-debtor's parents allegedly owned before they passed away. Debtors are not claiming any title over the real estate because it is considered to be of inconsequential value to them. Photographs of deteriorated wooden house were also sent to the trustee.

    **WHEREFORE**, we respectfully request from this Honorable Court to take notice of the previously informed.

    **I HEREBY CERTIFY**, that on this date, a copy of the motion was electronically filed by debtors, using the CM/ECF system, which will send notification to Wigberto Lugo Mender, chapter 7 Trustee and all appearing parties.

    In Vega Baja, Puerto Rico, on this January 5, 2010.

                **s/ JUAN O. CALDERON LITHGOW**
                ATTORNEY FOR DEBTOR, 205607
                APARTADO 1710
                VEGA BAJA, PR 00694-1710
                TEL.: 858-5476

In re     **EVINRUDES TORRES VEGA,**                      Case No.     **09-09738**
           **BLANCA ROSA NEGRON BURGOS**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | COOP A/C MOROVIS XXXXX600 | J | 10.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | LIVING ROOM FURNITURE   $150.00<br>DINNING ROOM FURNITURE   $150.00<br>MASTER BED   $200.00<br>KITCHEN UTENSILS   $50.00<br>WASHING MACHINE   $250.00<br>MICROWAVE OVEN   $50.00<br>STOVE   $250.00<br>REFRIGERATOR   $200.00<br>TV SET   $150.00<br>STEREO AUDIO SYSTEM   $50.00<br>DVD   $50.00 | J | 1,550.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | PERSONAL CLOTHES | J | 500.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                    Sub-Total >          **2,060.00**
                                                   (Total of this page)

**3**    continuation sheets attached to the Schedule of Personal Property

In re **EVINRUDES TORRES VEGA,**
**BLANCA ROSA NEGRON BURGOS**

Case No. **09-09738**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

In re    **EVINRUDES TORRES VEGA,**
       **BLANCA ROSA NEGRON BURGOS**                     Case No.    **09-09738**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | DESCRIPTION: CO-DEBTORS' PARENTS DIED AND LEFT A STATE CONSISTING OF A REAL ESTATE PROPERTY THAT WAS PURCHASED IN $1,000.00. THERE IS A WOODEN STRUCTURE BUILT THAT IS OCCUPIED BY ONE OF CO-DEBTORS' SIBBLINGS AND THAT HE CLAIMS TO BE HIS. DEBTOR'S BROTHER ALSO CLAIMS THAT THE LAND BELONGS TO HIM<br>TITLE: PROPERTY LAND IS NOT REGISTERED AT THE PROPERTY REGISTRAR OFFICE AND TITLE ISSUES EXIST IN ORDER TO COMPLETE REGISTRATION.<br>MARKET VALUE: REAL ESTATE VALUE IS ESTIMATED AT $2,000.00 BY NON-PROFESSIONAL INSPECTION METHOD AND DEBTORS INTEREST IS OF INCONSEQUENTIAL VALUE TO THE ESTATE. | J | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | TOYOTA CAMRY 2000 | J | 3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >       3,500.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **EVINRUDES TORRES VEGA,**
       **BLANCA ROSA NEGRON BURGOS**

Case No.    **09-09738**

                        Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 5,560.00 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

        

# United States Bankruptcy Court
## District of Puerto Rico

In re   **EVINRUDES TORRES VEGA**
      **BLANCA ROSA NEGRON BURGOS**

Debtor(s)

Case No.   **09-09738**

Chapter   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 6, 2011**      Signature   **/s/ EVINRUDES TORRES VEGA**
                                            **EVINRUDES TORRES VEGA**
                                            Debtor

Date  **January 6, 2011**      Signature   **/s/ BLANCA ROSA NEGRON BURGOS**
                                            **BLANCA ROSA NEGRON BURGOS**
                                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.